IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00365-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CHARLES WHITTAKER,

        Defendant.

---

**ORDER CONTINUING SUPERVISION**

---

      THIS MATTER was before the Court upon a petition filed by the probation officer alleging that the defendant has violated the conditions of his supervised release. The defendant pled guilty to the violation of supervised release as alleged in the probation officer's petition. The Court finds that the defendant has violated the terms and conditions of supervised released. Further, the Court determines that continuing the defendant on supervision is appropriate in this case. Accordingly, it is

      ORDERED that the defendant's term of supervised release shall continue. It is

      FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

      DATED at Denver, Colorado, this 14th day of June, 2010.

                              BY THE COURT:

                              ***John L. Kane***
                              JOHN L. KANE
                              Senior United States District Judge